**No. 09-9436. Lawrence Ringer, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2365, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3026.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 350 Fed. Appx. 210.

**No. 09-9438. Curley Ray Morrison, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2365, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 2994.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 884.

**No. 09-9440. Jeremy Mouzon, aka Ferris Earl Scott Green, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2366, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3025.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 739.

**No. 09-9443. Carlos Cruz Toro, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2366, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3110.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9448. Brenden Glinton, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2359, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3080.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 347 Fed. Appx. 453.

**No. 09-9449. Rodricka Jermaine Gambrell, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2359, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3017.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 348 Fed. Appx. 896.

**No. 09-9450. Kenneth Wayne Gragg, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2359, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3003.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 543.

**No. 09-9451. Mark Raymond Ford, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2360, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3069.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 351 Fed. Appx. 342.

**No. 09-9452. Nathaniel Gaither, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2360, 176 L. Ed. 2d 574, 2010 U.S. LEXIS 3010,

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.